UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-                                              21cr199

Marcus McKoy
                            Defendant(s).

-----------------------------------------------------------X

Defendant __Marcus McKoy__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


/s/ Marcus McKoy by JCM on consent

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marcus McKoy

Print Defendant's Name

_Jaime Santana_

Defendant's Counsel's Signature

Jaime Santana Jr.

Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/24/2021

Date

_Judith C. McCarthy_

U.S. District Judge/U.S. Magistrate Judge